**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA WHINERY,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and CITIGROUP LIFE INSURANCE BENEFIT PLAN,<br><br>    Defendants. | No. CV 10-9312 PA (AGRx)<br><br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on November 7, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants Life Insurance Company of North America and Citigroup Life Insurance Benefit Plan ("Defendants") shall have judgment in their favor against plaintiff Celina Whinery ("Plaintiff") on Plaintiff's claim for ERISA benefits.

//
//
//
//

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: November 7, 2012      _____
                                            Percy Anderson
                          UNITED STATES DISTRICT JUDGE